# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:06-CV-016

| | | |
|---|---|---|
| **CHANTAY A. PARRIS,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **AUTUMN CORPORATION d/b/a** | ) | |
| **Autumn Care of Waynesville,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS CAUSE** coming on to be heard and being heard before the undersigned on October 5, 2006, pursuant to an order entered by the court ordering the parties to show cause, said order having been filed on September 12, 2006 (#9) and it appearing to the court after hearing that this matter has been resolved to the satisfaction of the court.

## ORDER

**IT IS, THEREFORE, ORDERED** that the order to show cause is hereby **DISMISSED**.

Signed: October 13, 2006

_____
Dennis L. Howell
United States Magistrate Judge